**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Jeffery Caron and Spellbinders Paper Arts Company, LLC, an Arizona limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>QuicKutz, Inc., a Utah corporation,<br><br>Defendant. | No. CV-09-02600-PHX-NVW<br><br>**ORDER** |

Before the Court is QuicKutz's Unopposed Motion for Status Conference (Doc. 197) regarding its response to Plaintiffs' motion for summary judgment on infringement while QuicKutz's motion for reconsideration of the Claim Construction Order was pending. Concurrent with this Order, the Court has issued an Order denying QuicKutz's motion for reconsideration of the Claim Construction Order, which renders the Unopposed Motion for Status Conference moot.

IT IS THEREFORE ORDERED that QuicKutz's Unopposed Motion for Status Conference (Doc. 197) is denied as moot.

IT IS FURTHER ORDERED that QuicKutz's time to file a response to Plaintiffs' motion for summary judgment on infringement (Doc. 191) is extended to November 16, 2012.

IT IS FURTHER ORDERED setting hearing on QuicKutz's Motion for Summary Judgment of Unenforceability Due to Inequitable Conduct (Doc. 160) and QuicKutz's

Motion for Terminating Sanctions Based on Discovery Abuse (Doc. 164) is set for **9:30 a.m., November 8, 2012**.

Dated this 16th day of October, 2012.

_____
Neil V. Wake
United States District Judge